FIFTH DEPARTMENT, JANUARY TERM, 1889.

abide the subsequent proceedings to be had in the Surrogate's Court. Opinion by Barker, P. J.; Dwight, J., not voting.

Newell N. Shaffer, Respondent, v. George Harmon, Appellant. — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by Haight, J.

Lyman D. Norris, Respondent, v. George W. Shannon, Appellant.—Judgment affirmed.

George Tummonds, Respondent, v. Charles P. Moody, Appellant.—Judgment affirmed. Opinion by Bradley, J.; Haight, J., not sitting.

Emma Ostrander, Respondent, v. Matthew P. Campbell, Appellant.—Judgment of the County Court and that of the justice reversed. Opinion by Dwight, J.; Haight, J., not sitting.

Mary A. Stryker, Appellant, v. Francis M. Schuyler, Respondent. — Judgment affirmed, with costs. Opinion by Haight, J.; Barker, P. J., not sitting.

William E. Clark, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Judgment and order affirmed. Opinion by Barker, P J.; Dwight, J., not sitting.

Adoniram J. Abbott and others, Respondents v. Louisa M. Royce and another, Appellants.— Motion for new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Dwight, J.; Bradley, J., not sitting.

The People of the State of New York, Respondent, v. George F. Mink, Appellant.—No case received by the court, and consequently not considered.

Amos B. Scofield, Respondent, v. Lafayette C. Scott and others, Appellants. — Judgment affirmed, with costs to the respondent, payable out of the assigned estate. Opinion by Dwight, J.

Oliver Durfee, as Assignee, etc., of Leroy B. Howd, Respondent, v. William H. Bump, Appellant.—Judgment affirmed, with costs. Opinion by Haight, J.

Mary R. Bullock, Respondent, v. John M. Bemis, Appellant.—Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Dwight, J.

In the Matter of the application of the Niagara Falls and Whirlpool Railway Company to acquire lands of Jane S. Townsend.— Order affirmed, with ten dollars costs and disbursements; Bradley, J., concurs so far as the order sets aside the order appointing commissioners.

Herbert P. Bissell, as Receiver, etc., Respondent, v. J. Smith McMaster, Appellant, Impleaded, etc.—Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Frank· L. Meyers, Appellant. Judgment and conviction affirmed, and proceedings remitted to the Court of Sessions of Steuben county. Barker, P. J., dissenting

Thomas V. Welch, as Receiver, etc., Appellant, v. Lauren C. Woodruff and another, Respondents.—Judgment reversed on a question of fact and a new trial ordered, costs to abide the final award of costs. Opinion by Barker, P. J.; Bradley, J., not voting.

The Rochester Printing Company, Respondent, v. A. B. Kellogg and others, Appellants.—

Order affirmed, with ten dollars costs and disbursements.

William H. Ensign and others, Appellants, v. John L. McKinney and others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on opinion of Daniels, J., at Special Term; Bradley, J , taking no part.

In the Matter of the Last Will and Testament of Julia G. Skinner, Deceased — Decree reversed upon a question of fact, and a trial by jury at the Chautauqua Circuit ordered of the material questions of fact arising upon the issues between the parties to be settled by Dwight, J., unless agreed upon by the parties, costs to abide the subsequent proceedings to be had in the Surrogate's Court. Barker, P. J., and Haight, J.. not sitting.

Amy A. Barber, Appellant, v. William Moon and others, Respondents, and Loretta Zimmers and others, Appellants.— Judgment affirmed, with costs.

Daniel F. Alverson, v. The Canandaigua Water-Works Company. — Motion for a new trial denied, with costs.

William Arndt, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed.

Estelle C. Church, Respondent, v. Harry B. Orsland, Appellant.—Judgment affirmed. with costs.

Delia M. Paul, Respondent, v. Levancha J. Heath, Appellant. — Judgment affirmed, with costs.

Horatio Ballard, Respondent, v. Michael Vehala, Appellant. — Judgment affirmed. Memorandum by Dwight, J.

Eliza D. Sidway, Appellant, v. Isabel Sidway, as Administratrix, Respondent.— Order reversed, with ten dollars costs and disbursements.

Sherman S. Rogers, Respondent, v. The Common Council of the City of Buffalo and Ceriac Diebold, Appellant.—Judgment affirmed, without costs to either party. Haight, J., not voting.

The Traders' National Bank of Rochester, Respondent, v. Edward Bush, Appellant, Impleaded, etc.—Judgment and order affirmed.

John McEwen, Respondent, v. Northern New York Manufacturing Company, Appellant.— Judgment affirmed. Memorandum by Barker, P. J.

Bank of Buffalo v. John Thompson and others.— Motion for new trial denied, with costs on the authority of First National Bank of Batavia v. Tarbox (38 Hun, 57.)

Cordelia A. Van Dusen v. Sarah Wilcox.—Motion for reargument denied and memorandum of decision modified by striking out the words "with costs to abide the event," and inserting "upon payment by the appellant of the costs and disbursements of the trial and of this appeal."

Louis R. Bennett and another v. The Western Union Telegraph Company.— Motion for leave to appeal to the Court of Appeals denied.

The People of the State of New York, Respondent, v. Olney Dean, Appellant —Appeal dismissed.

The People of the State of New York, Respondent, v. Charles Kennedy, Appellant.— Appeal dismissed.